GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 4:13-CR-00011-002 (CDL) |
| **TONI S. MCGRIFF** | |

Toni McGriff was sentenced in the Middle District of Georgia by the Honorable Clay D. Land, Chief U.S. District Judge, on December 19, 2013, and was sentenced to 46 months custody, followed by a 3 year term of supervised release for the offense of Possession of Methamphetamine with Intent to Distribute.

Toni McGriff has met the requirements for Early Termination and has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

*Loree M. Abell*

Loree M. Abell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 9th day of August, 2019.

s/Clay D. Land

CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE